[No. 12019–1–I.  Division One.  April 11, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. IRWIN
KLEINMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03130–3, Robert M. Elston, J., entered

July 6, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Durham, C.J., and Callow, J.